IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-130-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KEXING WANG,**

    Defendant

---

**DEFENDANT KEXING WANG'S MOTION TO SUPPRESS DIRECT AND DERIVATIVE EVIDENCE OBTAINED FROM UNLAWFUL SEARCH AND SEIZURE AND REQUEST FOR A HEARING**

---

Defendant, Kexing Wang, by and through Counsel, Michael Faye, hereby moves pursuant to Rules 12(b)(3)(c), 41(h) and 47, Federal Rules of Criminal Procedure, and the Fourth Amendment to the Constitution of the United States of America, to suppress from use any evidence obtained as a result of the execution of a search warrant issued in Case No. 17-2053 in the District Court for Jefferson County, Colorado on November 1, 2017, and executed on November 2, 2017, for the premises at 12934 W. Iliff Avenue, Lakewood, Colorado, and any evidence derived therefrom.  In support of this motion, Ms. Wang respectfully states to the Court as follows:

1. Ms. Wang stands accused of Counts One, Two, Three, Four, and Five of the indictment (Document No. 1) for crimes related to the manufacturing and distribution of marijuana.

On November 1, 2017, Detective Ben Russel of the Westminster Police Department filed an Affidavit for Search Warrant in Case No. 17-2053 in the District Court for Jefferson County, Colorado in support of a proposed warrant to search the premises at 12934 W. Iliff Avenue.  The search warrant was signed and notarized by Jefferson County Court Judge Bradley A. Burback.  The search warrant was executed on November 2, 2017 at 12934 W. Iliff Avenue, Lakewood, Colorado, the residence of Ms. Wang and her husband Mr. Xu.  Marijuana plants along with other evidence were seized as a result of this search and are being used against Ms. Wang in this prosection.  The evidence seized and statements obtained from this search were then cited as a basis for the application for a second search warrant for the premises at 9879 Jasper Street, Commerce City, Colorado.  This search warrant was signed and executed later on November 2, 2017.  During that search additional evidence was seized.

2. Ms. Wang asserts that the affidavit for the search warrant that was issued for the residence at 12934 Iliff Ave in Lakewood Colorado was devoid of probable cause.  She respectfully requests that the Court suppress all evidence seized, observations made, and any evidence derived therefrom as a result of the search.

3. Ms. Wang adopts entirely the reasons stated, arguments advanced, and authority cited by her Co-Defendant Yong Xu in Defendant Yong Qiang Xu's Motion To Suppress Direct And Derivative Evidence obtained from Unlawful Search and Seizure And Request For Hearing, *United States v. Yong Qiang Xu,* 1:19-cr-00130-JLK Document 136 filed October 21, 2019; and Mr. Xu's September 9, 2019 filing titled Defendant Yong Qiang Xu's

Supplement To Motion To Suppress Direct And Derivative Evidence Obtained From Unlawful Search And Seizure And Request for Hearing *United States v. Yong Qiang Xu,* 1:19-cr-00130-JLK Document 166; and Mr. Xu's October 4, 2019 filing titled Defendant Yong Qiang Xu's Reply In Support Of Motion To Suppress Direct and Derivative Evidence Obtained From Unlawful Search and Seizure And Request For Hearing, *United States v. Yong Qiang Xu,* 1:19-cr-00130-JLK Document 177.  D.C. COLO.LCrR 12.1(b).  Ms. Wang and Mr. Xu are similarly situated and are named co-defendants.

Michael Faye, of the Law Firm of Glassman & Faye, PC., hereby

Respectfully Submitted,

/s/ Michael Faye _____
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
1600 Stout Street
Suite 1400
Denver, CO 80202
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

Kexing Wang – Defendant (by US Mail)

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
1600 Stout Street
Suite 1400
Denver, CO 80202
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com